IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:07-CR-310-1-TWT |
| CARLTON ROLAND HUNTER, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 44] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 26]. The identification of the Defendant as the fleeing bank robber was sufficient to provide probable cause for his arrest. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 26] is DENIED.

SO ORDERED, this 25 day of February, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge